# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal Action No. 2:17-00189-KD-B |
| ) | |
| GERALD BARBER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is before the Court on defendant Gerald Barber's "Motion for Sentence Modification under 18 U.S.C. § 3582 (H.R. 5682) First Step Act and Sentencing Reform Corrections Act" (doc. 116). Barber argues that he is entitled to a reduced sentence "based on the retroactivity provision of the First Step Act of 2018" (doc. 116, p. 2). Barber "believes he was sentenced under the 100 to 1 former cocaine base ("crack") ratio in U.S.S.G. § 2D1.1" (Id.).[1]

Section 404 of the First Step Act of 2018 provides for retroactive application of Sections 2 and 3 of the Fair Sentencing Act of 2010 in certain cases. Sections 2 and 3 increased the quantity of crack cocaine necessary to impose certain statutory mandatory minimum sentences. However, Section 404(c) states that "[n]o court shall entertain a motion made under this section to reduce a sentence *if the sentence was previously imposed . . . in accordance with the amendments made by sections 2 and 3 of the Fair Sentencing Act of 2010*[.]" Pub. L. No. 115-391, 132 Stat. 5194 (2018) (emphasis added).

The Fair Sentencing Act became effective August 3, 2010. Barber's sentence was imposed April 23, 2018 (doc. 93). Therefore, the Fair Sentencing Act was in effect at the time

---

[1] In support of his motion, Barber provides certificates of completion for a self-help book study program, drug abuse education course, and anger management course as well as his inmate program review to show his good conduct while incarcerated (doc. 116, p. 5-10).

of his sentencing and his sentence was imposed "in accordance with the amendments made by sections 2 and 3 of Fair Sentencing Act." Pub. L. No. 115-391, 132 Stat. 5194 (2018).

Accordingly, because Congress instructs that "[n]o Court shall entertain a motion" to reduce a sentence in this procedural posture, Barber's motion is DENIED.

**DONE** and **ORDERED** this 20th day of June 2019.

<u>s/ Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**